# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Bozdemir Insaat ve Muh. LTD STI ) ASBCA Nos. 60161, 60162, 60163
)
Under Contract No. W912ER-10-C-0068 )

APPEARANCE FOR THE APPELLANT: Daniel D. Rounds, Esq.
    Smith Pachter McWhorter PLC
    Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Rebecca L. Bockmann, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

Pursuant to the request of the parties in appellant's 6 January 2017 letter stipulating to the dismissal of these appeals with prejudice, these appeals are hereby DISMISSED WITH PREJUDICE.

Dated: 12 January 2017

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60161, 60162, 60163, Appeals of Bozdemir Insaat ve Muh. LTD STI, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals